UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM VICENT ROMERO,<br><br>                        Petitioner,<br><br>v.<br><br>JEFFREY BEARD, Secretary,<br><br>                        Respondent. | Case No.:  14-1284 GPC (BLM)<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

On May 22, 2014, Petitioner, proceeding pro se, submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  At the time of filing, Petitioner was housed at R.J. Donovan State Prison and thus named Daniel Paramo as Respondent [ECF No. 1]. On February 6, 2015, Petitioner submitted a change of address indicating he was being housed at the San Diego County Sheriff's Detention Facility at 1173 Front Street in San Diego [ECF No. 37]. On October 8, 2015, Petitioner submitted another change of address indicating he is again incarcerated at R.J. Donovan State Prison [ECF No. 49].

A writ of habeas corpus acts upon the custodian of the state prisoner.  See 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254.  Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution of Jeffrey Beard, Secretary of the California

1  Department of Corrections and Rehabilitation, as Respondent in place of "Daniel Paramo."
2  *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent
3  in § 2254 proceedings may be the chief officer in charge of state penal institutions).
4      The Clerk of the Court will modify the docket to reflect "Jeffrey Beard, Secretary"
5  as respondent in place of "Daniel Paramo."
6      **IT IS SO ORDERED.**
7  Dated: 10/13/2015

Hon. Barbara L. Major
United States Magistrate Judge