# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM VINCENT ROMERO, <br><br>Petitioner, <br><br>v. <br><br>SCOTT KERNAN, Secretary, <br><br>Respondent. | Case No.: 14-1284 GPC (BLM) <br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

On May 22, 2014, Petitioner, proceeding pro se, submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner filed a "Notice of Change of Address and Name of Respondent" on April 3, 2017. (ECF No. 57.)

A writ of habeas corpus acts upon the custodian of the state prisoner. See 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. During the pendency of this case, Scott Kernan was appointed as Secretary of the California Department of Corrections and Rehabilitation, succeeding Jeffrey Beard. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases, the Court hereby sua sponte **ORDERS** the substitution of Scott Kernan, Secretary of the California Department of Corrections and Rehabilitation, as Respondent in place of "Jeffrey Beard." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions).

The Clerk of the Court will modify the docket to reflect "Scott Kernan, Secretary" as respondent in place of "Jeffrey Beard."

**IT IS SO ORDERED.**

Dated: 11/6/2017

Hon. Barbara L. Major
United States Magistrate Judge