UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM VINCENT ROMERO,<br><br>Petitioner,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>Respondents. | Case No.: 14cv1284-GPC(BLM)<br><br>**ORDER GRANTING RESPONDENTS' MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ECF No. 69** |

On December 20, 2017, Respondents filed a "MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS." ECF No. 69. Respondents seek to continue the December 29, 2017 deadline for filing an answer to Petitioner's First Amended Petition ("FAP") for Writ of Habeas Corpus to January 29, 2018. Id. at 1-3. In support, counsel for Respondents, Ms. Jennifer A. Jadovitz, states that she has begun drafting the answer, but needs additional time because since the Court's order requiring a response to Petitioner's FAP was issued, she has

1

completed or filed responses in the following matters: *Pappas v. Miller*, federal appeal No. 16-55191 (Appellee's Brief filed November 15, 2017); *Hinds v. Gastelo*, 17cv0376 AJB (JLB) (motion filed November 16, 2017); *Saldivar v. Lewis*, federal appeal No. 15-55829 (Appellee's Brief filed November 16 20, 2017); *People v. Henderson*, capital state appeal S098318, (Supplemental Brief due November 27, 2017); and *Clements v. Madden*, CV-02002-DDP-JPR (Motion due December 4, 2017). Declarant is also currently working on responses in the following matters: *Green v. Kernan*, 17-1764-JVS (KES) (Answer due January 2, 20 2018); *Austin v. Pfeiffer*, 17-CV-1950-MMA (WVG) (Response due January 2, 21 2018); and *Adams v. Swartout*, federal appeal No. 15-56681 (Appellee's Brief currently due January 16, 2018.

Id. at 2. In further support, Ms. Jadovitz declares that she was out of the office between November 20-24, 2017 and December 7-8, 2017, and will be out of the office again on December 22–26, 2017 and January 2, 2018. Id.

Good cause appearing, Respondents' motion is **GRANTED** as follows:

1. Respondents must file and serve an answer to the FAP, and a memorandum of points and authorities in support of such answer, pursuant to Rule 5 of the Rules Governing § 2254 Cases no later than **January 29, 2018**. At the time the answer is filed, Respondents must lodge with the Court all records bearing on the merits of Petitioner's claims. The lodgments must be accompanied by a notice of lodgment which must be captioned **"Notice of Lodgment in 28 U.S.C. § 2254 Habeas Corpus Case — To Be Sent to Clerk's Office."** Respondents must not combine separate pleadings, orders or other items into a combined lodgment entry. Each item must be numbered separately and sequentially.

2. Petitioner may file a traverse to matters raised in the answer no later than **February 26, 2018**. Any traverse by Petitioner (a) must state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) must be limited to facts or arguments responsive to matters raised in the answer; and (c) must not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld until the traverse will not be

considered. No traverse can exceed ten (10) pages in length absent advance leave of Court for good cause shown.

**IT IS SO ORDERED**.

Dated: 12/20/2017

Hon. Barbara L. Major
United States Magistrate Judge